# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Olayinko Adama Babatunde a/k/a Michael McCoy a/k/a Olayinka Ajamu Babatunde<br>*Plaintiff*<br>v.<br>South Carolina Department of Corrections, et al<br>*Defendant* | Civil Action No.   4:12-cv-2189-CMC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: This case is **dismissed *without prejudice*** pursuant to Rule 41 of the Federal Rules of Civil Procedure.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Cameron McGowan Currie, United States District Judge.

Date:   September 25, 2012

　　　　　　　　　　　　　　　　　　　　　　s/Debbie Stokes
　　　　　　　　　　　　　　　　　　　　　　Signature of Deputy Clerk